SMARR *v.* COLGROVE.

APPEAL AND ERROR—WHERE NO FINDINGS MADE OR REQUESTED NOTHING PRESENTED FOR REVIEW.

Where, in a case tried before the court without a jury, no findings of fact or law were filed, as required by Circuit Court Rule No. 45, and no request for same made, a writ of error presents nothing for the Supreme Court to review.

Error to Wayne; Dingeman (Harry J.), J. ' Submitted January 27, 1928. (Docket No. 47.) Decided February 14, 1928.

Assumpsit by Catherine C. Smarr against A. M. Colgrove upon promissory notes. Judgment for plaintiff. Defendant brings error. Affirmed.

*Joseph S. McDowell,* for appellant.

*Morris Garvett,* for appellee.

McDONALD, J. This case was tried before the court without a jury. Judgment was rendered for the plaintiff. No request for findings of fact and of law was filed as required by Circuit Court Rule No. 45. No findings were filed. There is nothing before this court for review. *Alexander Co.* v. *Griggs,* 240 Mich. 71; *Evangelist* v. *Falzerano,* 241 Mich. 62; *Wormley* v. *Grand Rapids Trust Co.,* 232 Mich. 680.

The judgment is affirmed, with costs to the plaintiff.

NORTH, FELLOWS, WIEST, CLARK, and SHARPE, JJ., concurred.

Chief Justice FLANNIGAN and the late Justice BIRD took no part in this decision.

Appeal and Error, 4 C. J. § 2546.